ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 3 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 3 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CHRISTOPHER SURICO, | Case No. CV 11-06613 JHN (AN) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| GARY SANDOR, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 30, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE