ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY Shy  DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SURICO,<br>Petitioner,<br>v.<br>GARY SANDOR, Warden,<br>Respondent. | Case No. CV 11-06613 JHN (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 30, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE